UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No.  06- |
| : | |
| v.                                                                : | |
| : | |
| **PETER ROSS,**                                          : | VIOLATION: |
| : | 26 U.S.C. § 7201 |
| **Defendant.**                        : | |

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At all times relevant to this Information:

1. The Internal Revenue Service ("IRS") is an agency of the Unites States of America, Department of the Treasury, and maintains its headquarters at 1111 Constitution Avenue, N.W., Washington, D.C.  The IRS has responsibility for administering provisions of the Internal Revenue Code and is charged with assessing and collecting taxes from persons and entities on behalf of the United States government.

2. Defendant Peter Ross was president, chief executive officer, owner, and the responsible person of Spectrum LTD from its inception in 1983 until December 2002, when it ceased operations.  Spectrum LTD, which manufactured acrylic furniture, was located in this District at 300 L Street, Northeast.

3. Employers are required to withhold and pay certain taxes to IRS in connection with the wages they pay their employees pursuant to Title 26, United States Code, Sections 3101, 3102, 3111, 3301 and 3402.  These taxes are commonly referred to as employment taxes.

4.      From the quarter ending September 30, 1998 and continuing thereafter until the quarter ending September 30, 2002, within the District of Columbia, defendant Peter Ross knowingly failed to remit employment taxes on behalf of Spectrum LTD to the IRS. The outstanding employment taxes total $203,651.43.

5.       As part of the IRS' efforts to collect the outstanding employment taxes in 2000 and 2001, the IRS required defendant Peter Ross to complete a Form 433-A, "Collection Information Statement for Individuals" and disclose his income including any income derived from a trust. Under penalty of perjury, defendant Peter Ross completed and signed the forms on January 13, 2000 and April 24, 2001 and indicated that he was not a trust beneficiary. At the time defendant Peter Ross signed and filed both the 2000 and 2001 Forms 433-A, defendant Peter Ross was the beneficiary of the Peter Ross Trust and received an annual income from that trust of over $50,000.

6.      On December 23, 2002, defendant Peter Ross filed a voluntary petition for bankruptcy on behalf of Spectrum, LTD. As part of the bankruptcy proceedings, defendant Peter Ross filed a Summary of Schedules on January 2, 2003 and indicated on that form that Spectrum LTD had no inventory. At the time defendant Peter Ross signed and filed the Summary of Schedules, Spectrum, LTD had inventory worth $288,061.80.

7.      On September 18, 2003, the IRS filed its "Proof of Claim" with the Bankruptcy Court, seeking the payment of outstanding employment taxes.

## COUNT ONE – TAX EVASION

8.      On or about January 2, 2003, in the District of Columbia, defendant Peter Ross, did willfully attempt to evade or defeat the payment of the taxes imposed by Title 26, in that defendant

Peter Ross knowingly and willfully failed to disclose more than $250,000 worth of inventory owned by Spectrum LTD. (Tax Evasion, in violation of 26 U.S.C. Section 7201).

                                    KENNETH L. WAINSTEIN
                                    UNITED STATES ATTORNEY
                                    for the District of Columbia

By: _____
      DENISE M. CLARK
      Assistant U.S. Attorney
      Federal Major Crimes Section
      D.C. Bar# 479149
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 353-8213