UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | Case No: 1: 06-CR-260 |
| | : | |
| v. | : | |
| | : | |
| **PETER ROSS,** | : | |
| | : | |
| **Defendant** | | |

**APPEARANCE**

Please enter my appearance on behalf of the defendant.

                                        Respectfully submitted,

                                        <u>**David B. Lamb**</u>
                                        **David B. Lamb, Esquire**
                                        **1740 N Street, N.W.**
                                        **Suite One**
                                        **Washington, D.C.  20036**
                                        **Telephone (202) 785-4822**
                                        **Facsimile (202) 785-2210**