CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001
September 13, 2005

UNITED STATES OF AMERICA

V.                                                     Criminal No. 06-260

PETER ROSS

### CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET FOR: PLEA*
DATE:        OCTOBER 10, 2006
TIME:        3:30 P.M.
JUDGE:       RICHARD W. ROBERTS

COURTROOM: No. 9   -   Fourth Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____Linda Romero 354-3166_____
              Deputy Clerk

cc: Chambers
    File
    Courtroom Clerk
    Peter Ross, 1717 Surrey Lane NW, Wash DC 20007
    Counsel of record
    Pretrial Services

*The defendant is directed to report to the Pretrial Services Agency of this Court, to be interviewed at least 24 hours before this proceeding.