# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-260 (RWR) |
| | : | |
| v. | : | |
| | : | |
| PETER ROSS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Precious Murchison, at telephone number (202) 307-6080 and/or email address Precious.Murchison@usdoj.gov . Precious Murchison will substitute for Assistant United States Attorney Denise Clark as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

PRECIOUS MURCHISON
Assistant United States Attorney
Federal Major Crimes Section,
555 4th Street, NW, Room 4840
Washington, DC 20530
(202) 307-6080
Precious.Murchison@usdoj.gov