UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 06-260 (RWR)** |
| | : | |
| **PETER ROSS,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Joint Status Report filed by the parties on December 11, 2006, it is this _____ day of _____, 2006, hereby,

**ORDERED**, that the parties' request for a 30-day continuance is hereby **GRANTED**, and that the matter is scheduled for a status hearing on the _____ day of January, 2007.

_____
Richard W. Roberts
United States District Judge

cc:   Precious Murchison
      Assistant U.S. Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530

      David Lamb, Esquire
      1740 N Street, N.W.
      Suite No. One
      Washington, D.C. 20036