UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,       :
                                :
          v.                    :   Criminal No. 06-260 (RWR)
                                :
PETER ROSS,                     :
                                :
          Defendant.            :

## ORDER

Upon consideration of the Joint Status Report filed by the parties on December 11, 2006, it is this 22rd day of December, 2006, hereby,

ORDERED, that the parties' request for a 30-day continuance is hereby **GRANTED**, and that ~~the matter is scheduled for a status hearing on~~ Speedy Trial time is excluded through the 22nd day of January, 2007, based upon the same findings and for the same reasons as those stated in open court on October 10, 2006. The parties shall file a joint status report and draft order by January 11, 2007.

_____
Richard W. Roberts
United States District Judge


cc:   Precious Murchison
      Assistant U.S. Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530


      David Lamb, Esquire
      1740 N Street, N.W.
      Suite No. One
      Washington, D.C. 20036