UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 06-260 (RWR) |
| : | |
| PETER ROSS, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, David Lamb, Esquire, respectfully submit this Joint Status Report, consistent with the Court's Order of December 22, 2006. The parties state as follows:

1. On September 6, 2006, the Government filed a criminal information charging the Defendant with one count of Tax Evasion, in violation of 26 United States Code, Section 7201.

2. On October 10, 2006, the parties appeared before the Court for a status hearing. During the status hearing, the parties informed the Court that the United States Department of Labor ("Department of Labor") was conducting a related investigation of Defendant Ross. The parties further informed the Court that the parties anticipated a plea disposition in this case, and requested a continuance in order to allow the Department of Labor to complete its investigation into a retirement plan associated with the Defendant, and to allow the parties to reach a final agreement as to the terms of the plea agreement. The Court granted a continuance, and ordered the parties to file a status report in this case no later than December 11, 2006. The parties filed a joint status report on December 11, 2006, and thereafter the Court continued the matter for 30 days, excluding the

Speedy Trial time through January 22, 2007, and ordered the parties to file a status report no later than January 11, 2007.

    2. Since December 11, 2006, the officials from the Department of Labor met with Defendant Ross, and his attorney, David Lamb, Esquire, and the Defendant agreed to, and subsequently did provide Department of Labor officials with documents they had requested related to their ongoing investigation. Department of Labor officials are now reviewing those documents and the parties anticipate that the parties will be able to finalize and enter into a plea agreement in this matter within the next 30 days. Accordingly, the parties request that the Court schedule this matter for a status hearing within thirty (30) days.

    **WHEREFORE**, the parties respectfully submit this Joint Status Report, and request that the Court continue this matter for thirty (30) days.

Respectfully submitted,

---

| | |
|---|---|
| PRECIOUS MURCHISON | DAVID LAMB |
| Assistant United States Attorney | Counsel for Peter Ross |
| Maryland Bar | 1740 N Street, N.W. |
| 555 Fourth Street, N.W. | Suite One |
| Washington, D.C. 20530 | Washington, D.C. 20036 |
| (202) 307-6080 | (202) 785-4822 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing government's Motion for Limited Unsealing has been mailed, postage prepaid, to counsel for Peter Ross, David Lamb, Esquire, 1740 N Street, N.W., Suite No. One, Washington, D.C., 20036, this 11th day of January 2007.

PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080