UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 06-260 (RWR) |
| | : | |
| **PETER ROSS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Joint Status Report filed by the parties on January 11, 2007, it is this _____ day of _____, 2007, hereby,

**ORDERED**, that the parties's request for a 30-day continuance is hereby **GRANTED**, and that the Speedy Trial time is excluded through the _____ day of _____, 2007, based upon the same findings and for the same reasons as those stated in open court on October 10, 2006. The parties shall file a joint status report and draft order by the _____ day of _____, 2007.

_____                                   _____
Date                                                                                     Richard W. Roberts
                                                                                              United States District Judge

cc:    Precious Murchison
        Assistant U.S. Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530

        David Lamb, Esquire
        1740 N Street, N.W.
        Suite No. One
        Washington, D.C. 20036