**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
FEB 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-260 (RWR) |
| | : | |
| PETER ROSS, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the Joint Status Report filed by the parties on January 11, 2007, it is this 2nd day of February, 2007, hereby,

**ORDERED**, that the parties's request for a 30-day continuance is hereby **GRANTED**, and that the Speedy Trial time is excluded through the 23rd day of February, 2007, based upon the same findings and for the same reasons as those stated in open court on October 10, 2006. The parties shall file a joint status report and draft order by the 12th day of February, 2007.

2/2/07
Date

_____
Richard W. Roberts
United States District Judge

cc:   Precious Murchison
      Assistant U.S. Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530

      David Lamb, Esquire
      1740 N Street, N.W.
      Suite No. One
      Washington, D.C. 20036