UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **Criminal No. 06-260 (RWR)** |
| : | |
| **PETER ROSS,** : | |
| : | |
| **Defendant.** : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, David Lamb, Esquire, respectfully submit this Joint Status Report, consistent with the Court's Order of February 8, 2007. The parties state as follows:

1. On September 6, 2006, the Government filed a criminal information charging the Defendant with one count of Tax Evasion, in violation of 26 United States Code, Section 7201.

2. On October 10, 2006, the parties appeared before the Court for a status hearing. During the status hearing, the parties informed the Court that the United States Department of Labor ("Department of Labor") was conducting a related investigation of Defendant Ross. The parties further informed the Court that the parties anticipated a plea disposition in this case, and requested a continuance in order to allow the Department of Labor to complete its investigation into a retirement plan associated with the Defendant, and to allow the parties to reach a final agreement as to the terms of the plea agreement. The Court granted a continuance, and ordered the parties to file a status report in this case no later than December 11, 2006. The parties filed a joint status report on December 11, 2006, and thereafter the Court continued the matter for 30 days, excluding the Speedy Trial time through January 22, 2007, and ordered the parties to file a status report no later

than January 11, 2007. The parties filed a joint status report on January 11, 2007, and thereafter the Court continued the matter for 30 days, excluding the Speedy Trial time through February 23, 2007, and ordered the parties to file a status report no later than February 12, 2007.

3. Since January 11, 2007, the Department of Labor has completed its investigation into the retirement plan associated with the Defendant, the Defendant has entered into an agreement with Department of Labor officials related to that retirement plan, and the Defendant is prepared to enter into a plea agreement in this case. Accordingly, the parties request that the Court schedule this matter for a plea hearing within thirty (30) days.

**WHEREFORE**, the parties respectfully submit this Joint Status Report, and request that the Court scheduled a plea hearing within thirty (30) days.

Respectfully submitted,

| | |
|---|---|
| PRECIOUS MURCHISON | DAVID LAMB |
| Assistant United States Attorney | Counsel for Peter Ross |
| Maryland Bar | 1740 N Street, N.W. |
| 555 Fourth Street, N.W. | Suite One |
| Washington, D.C. 20530 | Washington, D.C. 20036 |
| (202) 307-6080 | (202) 785-4822 |

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing joint status report has been served upon counsel for Peter Ross, David Lamb, Esquire, 1740 N Street, N.W., Suite No. One, Washington, D.C., 20036, this 12th day of February 2007.

 

                                                                                               _____
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080