UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 06-260 (RWR)** |
| | : | |
| **PETER ROSS,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Joint Status Report filed by the parties on February 12, 2007, it is this _____ day of _____, 2007, hereby,

**ORDERED**, that the parties's request that this Court schedule a plea hearing within 30 days is hereby **GRANTED**, and that the Speedy Trial time is excluded through the _____ day of _____, 2007, based upon the same findings and for the same reasons as those stated in open court on October 10, 2006; and it is further

**ORDERED**, that the parties shall appear for a plea hearing in this case on the _____ day of _____, 2007, at _____.

_____                             _____
Date                                            Richard W. Roberts
                                                United States District Judge


cc:   Precious Murchison            David Lamb, Esquire
      Assistant U.S. Attorney       1740 N Street, N.W.
      555 Fourth Street, N.W.       Suite No. One
      Washington, D.C. 20530        Washington, D.C. 20036