UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
               v.                  :     Criminal No. 06-260 (RWR)
                                   :
PETER ROSS,                        :
                                   :
               Defendant.          :

**FILED**
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Joint Status Report filed by the parties on February 12, 2007, it is this 16th day of February, 2007, hereby,

**ORDERED**, that the parties's request that this Court schedule a plea hearing within 30 days is hereby **GRANTED**, and that the Speedy Trial time is excluded through the 2nd day of March, 2007, based upon the same findings and for the same reasons as those stated in open court on October 10, 2006; and it is further

**ORDERED**, that the parties shall appear for a plea hearing in this case on the 2nd day of March, 2007, at 3:30 p.m.

2/16/07
_____
Date

_____
Richard W. Roberts
United States District Judge

cc:   Precious Murchison                David Lamb, Esquire
      Assistant U.S. Attorney           1740 N Street, N.W.
      555 Fourth Street, N.W.           Suite No. One
      Washington, D.C. 20530            Washington, D.C. 20036