FILED
MAR 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : CRIMINAL NO. 06-260 (RWR)
:
v. :
:
PETER ROSS, :
:
Defendant. :

## ORDER

Upon oral motion of the Government, and for good cause shown, it is this 2nd day of March, 2007, hereby

**ORDERED**, that Internal Revenue Service ("IRS") Special Agent Howard Smith ~~or Richard Marion~~ shall transport the Defendant, Peter Ross, ~~on the morning of~~ no later than March 30, 2007, to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on the charges contained in the criminal information filed in this case; and it is further

**ORDERED**, that upon completion of the booking process, the Defendant shall be released no later than 3:00 p.m. on the same day.

_____
RICHARD W. ROBERTS
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE