UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 1: 06-CR-260 |
| | : | |
| v. | : | |
| | : | |
| PETER ROSS, | : | |
| | : | |
| **Defendant** | | |

CONSENT MOTION FOR MODIFICATION
OF PRETRIAL RELEASE CONDITIONS

Comes now Defendant, Peter Ross, by and through his attorney, David B. Lamb, and respectfully moves this Honorable Court for an order modifying the conditions of pretrial release in the above captioned case. As grounds therefore Defendant states as follows:

1. Defendant entered a guilty plea on March 2, 2007 and he was released on Personal Recognizance.

2. Defendant's sentencing is scheduled for June 1, 2006.

3. Defendant has met with the representative of the U.S. Probation office for purposes of the presentence report and he has provided all information requested for preparation of the presentence report.

4. The nature of Defendant's manufacturing and sales business requires that periodically he travel to Thailand in order to meet with suppliers regarding products being manufactured for special orders.

5. Defendant has spoken with the Pretrial Services representative who has no objection to defendant traveling to Thailand for business for two weeks with a return prior to May 29, 2006.

6.	Undersigned counsel spoke with Precious Murchison, the Assistant Untied States Attorney assigned to the case who has no objection to the request.

Wherefore Defendant respectfully requests that the Court enter an order permitting Defendant to travel to Thailand on business for a period of two weeks with a return on or before May 29, 2006

                Respectfully submitted,

                David B. Lamb
                David B. Lamb, Esquire
                1740 N Street, N.W.
                Suite One
                Washington, D.C.  20036
                Telephone (202) 785-4822
                Facsimile (202) 785-2210
                DBL@Lambsoffice.com

Certificate of Service

I hereby certify that a copy of the foregoing was electronically served upon Precious Murchison,. Assistant United States attorney this 16th day of April, 2006.

                David B. Lamb