UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 1: 06-CR-260 |
| | : | |
| v. | : | |
| | : | |
| PETER ROSS, | : | |
| | : | |
| Defendant | | |

ORDER

Upon consideration of the Motion for Modification of Pretrial Release Conditions, it appearing to the Court that the Assistant United States Attorney assigned to the case has no objection, whereupon it is by the United States District Court for the District of Columbia this 20th day of April, 2006

ORDERED    that the conditions of release for defendant are hereby modified and it is

ORDERED  that defendant is hereby permitted to travel to Thailand on business for a period of two weeks with a return to the United States on or before May 29, 2006.

_____
Judge

FILED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT