**Roger A. Stanley**
ACCOUNTING, LTD

1748 N STREET, N.W.
WASHINGTON, DC 20036
VOICE: 202.785.3770
FAX: 202.296.1770
EMAIL: ROGER@RASTOY.COM
HTTP://WWW.RASTOY.COM

May 21, 2007

David B Lamb, Esq.
1740 N Street, NW
Washington, DC 20036

RE: Spectrum, Ltd.

Dear Mr. Lamb,

As you requested I analyzed the amount of cash loaned to the corporation and taken from the corporation, as salary by officer, for the above referenced corporation. My starting point for analysis was the calendar year ending December 31, 1996.

I used the Balance Sheets and Income Statements you provided to me for this analysis and I have no way of verifying these amount.

The results of my calculations are as follows:

| Year Ending | Loan from Officer | Loan Change from Prior Year | Salary to Officer | Net Change from or to (in brackets) officer |
|---|---|---|---|---|
| 12/31/1996 | 773,338 | | | |
| 12/31/1997 | 915,271 | 141,933 | 104,000 | 37,933 |
| 12/31/1998 | 1,111,603 | 196,332 | 109,352 | 86,980 |
| 12/31/1999 | 1,129,180 | 17,577 | 76,000 | (58,423) |
| 12/31/2000 | 1,091,047 | (38,133) | 500 | (38,633) |
| 12/31/2001 | 1,139,959 | 48,912 | 10,250 | 38,662 |
| 08/01/2002 | 1,175,509 | 35,550 | 0 | 35,550 |
| | | | | |
| **TOTALS** | | 402,171 | 300,102 | 102,069 |

If you have any questions please contact me at any time.

Very truly yours,

Roger A Stanley