UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 6 2003
Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

In Re:                                       )
                                             )
SPECTRUM, LTD.                               )     Case No: 02-02463
                                             )     Chapter 7
                                             )

## NOTICE OF PRIVATE SALE OF ASSETS OF THE DEBTOR OUT OF THE ORDINARY COURSE OF BUSINESS AND FREE AND CLEAR OF ALL LIENS

**PLEASE TAKE NOTICE** that Marc E. Albert, the Chapter 7 Trustee herein ("Trustee") proposes to sell certain assets of the estate via private sale pursuant to § 363 and Fed. R. Bankr. P. 6004(a). Creditors and parties in interest should know the following:

1. **Assets to be sold** - The assets to be sold include: (i) Vientiane Dining Base; (ii) Luxembourg Cocktail Base; (iii) Rome Dining Base; (iv) Pretoria Cocktail Base; (v) Glass Top; (vi) Bridgetown Dining Base; (vii) Jerusalem Dining Base; (viii) Edinburgh Cocktail Table; (ix) Lhasa Dining Base.

2. **Purchaser** – Fran Murphy Interiors, 12800 Highway One, Juno Beach, Florida, 33048, 561-626-6200. Readers should know that these assets have been located at this showroom since 1991/1992. This firm was retained by the Debtor at that time to be a distributor of the Debtor's assets. The above-listed assets were display items. The Trustee also previously noticed his intent to sell these assets by public sale through this same store.

3. **The Price** – $500.00 cash.

4. **Appraised Value** – There is no appraised value. The assets are over 10 years old and are made of acrylic. Unlike fine wood furniture, older acrylic furniture does not increase in value over time. Also many items have been scratched and may be in poor condition. The initial invoice price was $50,002.00. The Trustee's previous notice of public sale of these same assets indicated that he hope to receive $12,500.00 for all of the assets. However, after discounting the goods and attempting to sell them for six months, not one offer was received.

5. **Treatment of Liens** – A review of the Debtor's schedules indicates that there are no secured creditors holding liens against the Property.

6. **Approval by the Court** – The Trustee believes that the sale as proposed herein is in the best interest of the estate and its creditors and should be approved. The Trustee is preparing to close this case. The time costs on keeping the estate open in order to sell assets that have not sold at a heavy discount is weighed against taking this $500.00 offer and closing the case. It is the Trustee's view that this offer brings a small influx of cash, but also brings closure to the estate. **PLEASE TAKE NOTICE THAT ANY PARTY IN INTEREST WHO OBJECTS TO THE SALE MUST FILE A WRITTEN OBJECTION STATING, WITH SPECIFICITY, THE GROUNDS THEREFOR AND FILE AND SERVE SUCH OBJECTIONS SO THAT THEY ARE RECEIVED BY THE BANKRUPTCY COURT AND BY THE UNDERSIGNED ATTORNEYS NO LATER THAN 20 DAYS FROM THE DATE OF THIS NOTICE.**

1

Any such objections must be filed with the United States Bankruptcy Court for the District of Columbia, Office of the Clerk, 333 Constitution Ave., N.W., Room 4400, Washington, DC 20001, served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based.

IF NO OBJECTIONS ARE FILED OR IF YOU FAIL TO FILE A TIMELY OBJECTION, THE SALE MAY BE AUTHORIZED WITHOUT FURTHER ORDER OF THE COURT AND WITHOUT FURTHER NOTICE TO YOU. The Court may grant the relief requested without a hearing if the objection filed states inadequate grounds for denial.

Any questions may be directed to the undersigned.

Dated: November 6, 2003

Respectfully submitted,

Darrell W. Clark 450273
STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036-3816
Tel: (202) 785-9100
Counsel for Marc E. Albert, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2003, the foregoing Notice of Sale of Assets of the Debtor was served by first class mail, postage prepaid, upon the following as well as all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure.

Mr. Jeffrey Bigelow
14717 Spring Meadows Drive
Darnestown, MD 20874

Fran Murphy
FRAN MURPHY INTERIORS, INC.
12800 U.S. Highway One
Juno Beach, FL 33408

Darrell W. Clark

2