UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | Case No: 1: 06-CR-260 |
| : | |
| v.   : | |
| : | |
| PETER ROSS,   : | |
| : | |
| Defendant | |

MOTION FOR APPROVAL OF TRAVEL
OUTSIDE OF JUDICIAL DISTRICT

Comes now Defendant, Peter Ross, by and through his attorney, David B. Lamb, and respectfully moves this Honorable Court for an order authorizing defendant to travel outside of the area, including travel to Thailand & Cambodia while on electronic monitoring. As grounds therefore Defendant states as follows:

1. Defendant was sentenced on June 1, 2007.

2. The Court imposed a sentence of 90 days in a Community Corrections Center/Halfway House.

3. Defendant is currently on work release at Hope Village and he is scheduled to complete this portion of his sentence on December 9, 2007.

4. Under his commitment, within 30 days following release from the halfway house, defendant is to be placed into electronic monitoring for a period of 120 days.

5. During electronic monitoring defendant is to remain at his residence with the exception of work. Any other activities are to be approved by the probation officer.

6. The nature of Defendant's manufacturing and sales business requires that periodically he travel to Thailand and Cambodia in order to meet with suppliers regarding

products being manufactured to fill special orders. This relationship is critical to defendant's business and to the quality of the produces being sold to customers.

7. Defendant has spoken with probation officer who stated that he must get court approval to travel as requested..

8. At sentencing the court stated that defendant was to continue to operate his business in good faith. This was based on the fact that defendant's company employs six people who depended on the business for their livelihood.

9. It is vital to the supply of defendant's specialized products that he meet with his manufacturers .

10. Defendant is requesting permission to travel to Thailand and Cambodia to visit manufacturers and suppliers from December 11, 2007 through January 4, 2008. Defendant is further requesting permission to stop in San Francisco in order to conduct an inventory at Pacific Showrooms West and to meet with Ralph Hayes Showrooms' representative regarding marketing and sales of Spectrum West's products.

11. Defendant traveled to Thailand while on pretrial release without incident.

Wherefore defendant respectfully moves this Honorable Court for an order authorizing travel to Thailand and Cambodia from December 11, 2007 through January 4, 2008 with a stop in San Francisco.

    Respectfully submitted,

    /s/David B. Lamb
    David B. Lamb, Esquire
    1740 N Street, N.W.
    Suite One
    Washington, D.C.  20036

Telephone (202) 785-4822
Facsimile (202) 785-2210
DBL@Lambsoffice.com

Certificate of Service

I hereby certify that a copy of the foregoing was electronically served upon Precious Murchison,. Assistant United States attorney this 5nd  day of November 2007 .

<u>David B. Lamb</u>