UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | Case No: 1: 06-CR-260 |
| | : | |
| v. | : | |
| | : | |
| **PETER ROSS,** | : | |
| | : | |
| **Defendant** | | |

ORDER

Upon consideration of the Motion for Approval of Travel Outside the Judicial District, it is by the United States District Court for the District of Columbia this ____ day of November, 2007

    ORDERED    that defendant is hereby permitted to travel to Thailand and Cambodia on business for the period beginning December 11, 2007 and ending January 4, 2008 to meet with suppliers and manufacturers with a stop in San Francisco for the purpose of conducting an inventory at Pacific Showrooms West and meeting with the representative of Ralph Hayes Showrooms.

_____
Judge