UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Case No: 1: 06-CR-260 |
| v. | : |
| PETER ROSS, | : |
| Defendant | : |

EMERGENCY MOTION FOR APPROVAL
WEEKEND PASSES

Comes now Defendant, Peter Ross, by and through his attorney, David B. Lamb, and respectfully moves this Honorable Court for an order authorizing defendant to receive 6 hour weekend passes and an 8 hour Thanksgiving Day pass from the Community Correctional Center:

1. Defendant was sentenced on June 1, 2007.

2. The Court imposed a sentence of 90 days in a Community Corrections Center/Halfway House.

3. Defendant is currently on work release at Hope Village and he is scheduled to complete this portion of his sentence on December 9, 2007.

4. When he entered the Center, Mr. Ross learned that he may be granted 6 hour passes permitting him to be out of the Center one day per week on days when he was not working after he was within 45 days of his release date.

5. Defendant requested from his probation officer, Danny Thomas, a six hour pass to visit his family as well as an 8 hour pass to be with his family on Thanksgiving Day.

6. Defendant was advised by Mr. Thomas by e-mails that "I do not have a problem with this pass" and " no ... only passes to your home ... unless you have a doctor's note".

7. Defendant requested that Mr. Thomas make contact with the supervisory personnel at the Center by not later than Wednesday, November 7, 2007 to let them know that the pass request had been approved by Mr. Thomas. Mr. Thomas responded by e-mail "This will be done".

8. When defendant learned that Mr. Thomas did not make contact with the Center by Wednesday as requested by the Center, defendant asked his attorney to intercede.

9. Counsel called Mr. Thomas and when he was unable to reach him called Mr. Thomas's supervisor.

10. As the result of the call to the supervisor, Mr. Thomas called counsel and advised that Mr. Ross would receive no passes, whether on weekends or Thanksgiving, because it was his policy that residents under his supervision not receive passes while at the Center. This statement directly contradicted the statement in response to Mr. Ross's e-mail request for a pass that he had no problem with the passes. Mr. Thomas had also told a Center supervisor that he had no problem giving Mr. Ross a pass. The apparent change in position has all of the earmarks of retaliation against Mr. Ross as the result of going over Mr. Thomas to his supervisor.

11. As the result of the telephone conversation with Mr. Thomas, counsel called Mr. Thomas' supervisor (Mr. Bell) who, after looking into the matter and reviewing the e-mail where Mr. Thomas had clearly said that he had no problem with the passes, stated that it was his team's policy not to give passes to residents under the supervision of the U.S. Probation Office even though residents who were still under the control of the Bureau of Prisons (inmates completing sentences of incarceration) would be permitted passes. Passes would only be authorized if approved by the court. Other residents in the same status as Mr. Ross have

routinely been granted passes by their probation officers without the need of court approval.

12. Mr. Bell, as Mr. Thomas' supervisor stated to counsel that he apologized for the failure to advise Mr. Ross in advance of the need for court approval of any passes and that his office has no objection on any factual grounds to the court granting such passes, however no passes will be granted in the absence of court approval.

Wherefore defendant respectfully moves this Honorable Court for an order authorizing 6 hour weekend home passes as well as an 8 hour pass for Thanksgiving Day.

Respectfully submitted,

/s/David B. Lamb
David B. Lamb, Esquire
1740 N Street, N.W.
Suite One
Washington, D.C. 20036
Telephone (202) 785-4822
Facsimile (202) 785-2210
DBL@Lambsoffice.com

Certificate of Service

I hereby certify that a copy of the foregoing was electronically served upon Precious Murchison,. Assistant United States attorney this 9th day of November 2007 and a copy was sent via e-mail to Danny Thomas, U.S. Probation Office.

David B. Lamb