**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | **Case No: 1: 06-CR-260** |
| | : | |
| **v.** | : | |
| | : | |
| **PETER ROSS,** | : | |
| | : | |
| **Defendant** | | |

ORDER

Upon consideration of the Emergency Motion for Approval Weekend Passes it is by the

United States District Court for the District of Columbia this _____ day of November, 2007

ORDERED that this Court authorizes that defendant be  granted 6 hour weekend passes

and a Thanksgiving Day pass in accordance with the rules of the Community Correction Center

and the U.S. Probation Office.

_____
Judge