UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA  :  Case No: 1: 06-CR-260
:
v.  :
:
PETER ROSS,  :  **FILED**
:
Defendant  NOV 1 9 2007

ORDER  NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Emergency Motion for Approval Weekend Passes it is by the United States District Court for the District of Columbia this 19th day of November, 2007

ORDERED that ~~this Court authorizes that defendant be granted 6-hour weekend passes and a Thanksgiving Day pass in accordance with the rules of the Community Correction Center and the U.S. Probation Office.~~ the motion is DENIED.

_____
Judge