UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PETER ROSS, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 06-260 (RWR) <br><br> FILED <br> NOV 1 9 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### ORDER

Upon consideration of the defendant's unopposed Motion for Approval of Travel Outside the Judicial District, it is hereby

ORDERED that after the defendant's term of confinement in a community corrections center is completed, the defendant be, and hereby is, permitted to travel on business to Thailand and Cambodia to meet with suppliers and manufacturers, and to San Francisco to conduct an inventory at Pacific Showrooms West and meet with the representative of Ralph Hayes Showrooms, for the period beginning December 11, 2007 and ending January 4, 2008. The defendant's 120-day term of home confinement under electronic monitoring shall begin immediately thereafter and shall be uninterrupted and not subject to any further travel outside the jurisdiction of the electronic monitoring program.

SIGNED this 19th day of November, 2007.

_____
RICHARD W. ROBERTS
United States District Judge