UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 1: 06-CR-260 |
| | : | |
| v. | : | |
| | : | |
| PETER ROSS, | : | |
| | : | |
| Defendant | | |

**MOTION FOR APPROVAL TO ATTEND
RECEPTION AND DINNER HONORING ERIC F. AND LORE ROSS**

Comes now Defendant, Peter Ross, by and through his attorney, David B. Lamb, and respectfully moves this Honorable Court for an order authorizing defendant to attend a reception and dinner in honor of his parents being held by the United States Holocaust Memorial Museum. As grounds therefore Defendant states as follows:

1. Defendant was sentenced on June 1, 2007.

2. The Court imposed a sentence of 90 days in a Community Corrections Center/Halfway House which has now been completed.

3. After the Community Corrections Center commitment defendant was placed into electronic monitoring for a period of 120 days. Defendant is now on electronic monitoring and he is due to be released from electronic monitoring on May 5, 2008.

4. During electronic monitoring defendant is to remain at his residence with the exception of work. Any other activities are to be approved by the probation officer.

5. On April 30, 2008 at 7:30 P.M. Defendant's father and mother will be honored by the United States Holocaust Memorial Museum for their financial contributions to the Museum.(Exhibit 1)

6. There will be a reception and dinner in honor of Mr. & Mrs. Ross at the Ritz-Carlton, Washington, 1150 22nd Street, N.W., Washington, D.C.

7. Defendant is requesting that he be given permission to attend the reception and dinned in honor of his parents.

8. Defendant has spoken with his probation officer who has no objection to the request.

Wherefore Defendant respectfully requests that the Court enter an order authorizing Defendant to attend the reception and dinner in honor of his parents to be held at the Ritz-Carlton, Washington, D.C. on April 30, 2008 beginning at 6:30 P.M. and concluding at 11:00 P.M.

Respectfully submitted,

/s/David B. Lamb
David B. Lamb, Esquire
1740 N Street, N.W.
Suite One
Washington, D.C.  20036
Telephone (202) 785-4822
Facsimile (202) 785-2210
DBL@Lambsoffice.com

Certificate of Service

I hereby certify that a copy of the foregoing was electronically served upon Precious Murchison,. Assistant United States attorney this  24th   day of March 2008.

David B. Lamb