# The United States Holocaust Memorial Museum Honors These Extraordinary Individuals

*Leaders in preserving Holocaust memory for future generations*



## Eric F. and Lore Ross

Eric F. Ross fled Nazi Germany in 1938, arriving in New York with no family, money, or knowledge of English. Soon after marrying Lore Blumenthal, whom he had met in Germany and reconnected with by coincidence, he returned to Europe with the U.S. Army, earning his lieutenant bars and a Bronze Star Medal for meritorious service.

The Rosses became Museum Founders in 1998 with a gift to dedicate the Ross Administrative Center in memory of Eric's parents, Albert and Regina Rosenberg, who died at Auschwitz. With their most recent commitment—The Ross Challenge Grants—the Rosses became the Museum's largest donors. In 2003, Eric was appointed by President George W. Bush to the United States Holocaust Memorial Council.

## Father Patrick Desbois



French priest Patrick Desbois has devoted his life to confronting antisemitism and furthering Catholic-Jewish understanding. In a truly historic undertaking, Father Desbois is crisscrossing the Ukrainian countryside to identify mass graves and record video testimonies from people who as teenagers witnessed and sometimes assisted in the killing of Jews during the Holocaust. Many are speaking out for the first time, and their unprecedented testimonies will become part of the Museum's collection.

Working closely with Museum scholars, Father Desbois is enriching our limited understanding of the crimes committed in Ukraine during the Holocaust and preserving the memory of that once vibrant Jewish community.

---

The Washington Host Committee cordially invites you to the

## United States Holocaust Memorial Museum

# 2008 National Tribute Dinner

Honoring

**Eric F. and Lore Ross**

and

**Father Patrick Desbois**

*note "LARGEST DONORS"*

Wednesday, April 30
6:30 P.M. Reception
7:30 P.M. Dinner

The Ritz-Carlton, Washington, D.C.
1150 22nd Street, NW

Couvert $275 per person
Complimentary Valet Parking
Business Attire
RSVP with the enclosed card by April 18