**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**THE UNITED STATES OF AMERICA**   :         **Case No: 1: 06-CR-260**
                                    :
                       **v.**       :
                                    :
**PETER ROSS,**                     :
                                    :
       **Defendant**

ORDER

Upon consideration of the Motion for Approval to Attend Reception and Dinner

Honoring Eric F. and Lore Ross,  it is by the United States District Court for the District of

Columbia this _____ day of March, 2008

ORDERED     that the motion is granted and defendant is permitted to attend the

reception and dinner in honor of Eric F. And Lore Ross on April 20, 2008 at the Ritz-Carlton,

Washington, D.C., from 6:30 P.M. to 11:00 P.M.

_____
Judge