Case 1:06-cr-00260-RWR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA  :  Case No: 1: 06-CR-260
:
v.  :
:
PETER ROSS,  :
:
Defendant

FILED
APR 9 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Motion for Approval to Attend Reception and Dinner Honoring Eric F. and Lore Ross, it is by the United States District Court for the District of Columbia this 9th day of April, 2008

ORDERED    that the motion is granted and defendant is permitted to attend the reception and dinner in honor of Eric F. And Lore Ross on April 20, 2008 at the Ritz-Carlton, Washington, D.C., from 6:30 P.M. to 11:00 P.M.

_____
Judge